# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA** ]
]
**v.** ]
]
**JOLUNDA FRIEND** ]

**Docket No. 26-1054**
**Violation No. 09961158**
**09961160, 09961162, 09961164**
**09961167, 09961169, 099611571**
**09961173, 09961175, E1788458**

**ORDER FOR DISMISSAL**

**<u>ORDER FOR DISMISSAL</u>**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by Leave of the Court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the above offense, which was filed on **June 25, 2026** charging the defendant with the following violation:

**Nine (9) counts of larceny and Conspiracy to defraud the United States.**

The dismissal is without prejudice.

DATE: 08/20/26 BY: ______________________
ANTHONY S. FRANCOKOPEC, DAF, Civ
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATE: 8.20.26 BY: ______________________
HONORABLE ANDREA DECHENNE BERGMAN
United States Magistrate Judge